# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> GOOGLE LLC, ) <br> ) <br> Defendant. ) | Case No. 20-cv-3010 (APM) |
| STATE OF COLORADO, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> GOOGLE LLC, ) <br> ) <br> Defendant. ) | Case No. 20-cv-3715 (APM) |

## ORDER

Counsel for non-parties Microsoft, Perplexity AI, and OpenAI are ordered to appear at the Status Conference scheduled for **November 26, 2024 at 11:00 AM in Courtroom 10**. Counsel for Google shall notify non-parties' counsel of this Order. Counsel located outside Washington, D.C. may join via Zoom. If counsel is not available to appear in person, counsel shall promptly notify chambers (mehta_chambers@dcd.uscourts.gov) and the Courtroom Deputy, Mr. Alexander Burton (alexander_burton@dcd.uscourts.gov), via email.

Dated: November 25, 2024

Amit P. Mehta
United States District Judge